## 31313. CULBERSON v. CULBERSON.

NICHOLS, Chief Justice.

Under the decision in *Knox v. Knox,* 225 Ga. 481 (169 SE2d 805) (1969); *Potts v. Potts,* 229 Ga. 827 (194 SE2d 471) (1972); and *White v. White,* 233 Ga. 289 (210 SE2d 817) (1974), a substantial decrease in the husband's income or financial status since the date of the divorce decree may warrant a decrease of alimony and child support payments but does not demand it.

The judgment of the trial court refusing to modify the alimony and child support payments was not error.

*Judgment affirmed. All the Justices concur.*

SUBMITTED JULY 2, 1976 — DECIDED JULY 15, 1976.

*Robert J. Evans,* for appellant.
*James A. Robbins, Jr.,* for appellee.